**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

JOSE DE JESUS CRUZ OJEDA,
Petitioner,
v.
MARKWAYNE MULLIN; et al.,
Respondents.

Case No.: 26-cv-4022-JO-JLB

**[PROPOSED] ORDER ON JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Having considered the parties' Joint Motion to Dismiss Without Prejudice, and finding good cause therefore, the Joint Motion is hereby **GRANTED**. The Clerk of the Court is directed to close this case.

It is **SO ORDERED.**

DATED: July 24, 2026

Hon. Jinsook Ohta
United States District Judge